

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2022

No. 04-22-00069-CV

Chris Noel **CARLIN,**
Appellant

v.

**BEXAR COUNTY**; Bexar County Judge Nelson W. Wolff, in his Official Capacity as Bexar County Judge; Judge Ron Rangel, Local Criminal Court Administrative Judge, Bexar County, Texas, in his Official Capacity as Local Criminal Court Administrative Judge of Bexar County; and Judge Rosie Alvarado, Local Administrative Judge, Bexar County, Texas, in her Official Capacity as Local Administrative Judge of Bexar County,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI10840
Honorable Aaron Haas, Judge Presiding

# O R D E R

On June 1, 2021, appellant filed his original petition in the trial court. The clerk's record reflects appellees have not to date appeared in the trial court. On January 27, 2022, appellant filed an amended application for an ex parte temporary restraining order. On February 2, 2022, the trial court signed an order denying the application for an ex parte temporary restraining order "because the Court is of the belief that it does not have the authority to grant the relief sought." The following day, appellant filed a notice of appeal.

Appellate courts do not have jurisdiction over interlocutory appeals in the absence of a statutory provision permitting such an appeal. *CMH Homes v. Perez,* 340 S.W.3d 444, 447 (Tex. 2011); *Tex. A & M Univ. Sys. v. Koseoglu,* 233 S.W.3d 835, 840 (Tex. 2007). Although section 51.014 of the Texas Civil Practice and Remedies Code authorizes interlocutory appeals of denials of temporary injunctions, "[a] temporary restraining order is generally not appealable." *In re Tex. Nat. Res. Conservation Comm'n*, 85 S.W.3d 201, 205 (Tex. 2002) (citing *Del Valle Indep. Sch. Dist. v. Lopez*, 845 S.W.2d 808, 809 (Tex. 1992)). We therefore ORDER appellant to show cause **no later than February 25, 2022** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending further order of this court.

Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2022.

MICHAEL A. CRUZ, Clerk of Court